*Huntington Hosp.,* 39 NY2d 339), Stephenson's petition fails to do so. Mangano, J. P., Gibbons, Lawrence and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN BARBOUR, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered March 10, 1982, convicting him of bribery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to the defendant's claim, the court properly admitted into evidence the tape-recorded conversation between himself and Police Officer Curie. Police Officer Curie's testimony that the tape recording was a true and accurate record of his conversation with the defendant, and that nothing had been deleted or added to the conversation, provided a sufficient foundation for the admission of the tape into evidence *(see, People v McGee,* 49 NY2d 48, *cert denied sub nom. Waters v New York,* 446 US 942; *People v Arena,* 48 NY2d 944; *People v Tayeh,* 96 AD2d 1045). Mangano, J. P., Gibbons, Niehoff and Kunzeman, JJ., concur.